**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BARRY LIPSTEIN and<br>MERYL Y. LIPSTEIN | Case No. 19-23113 (rdd) |
| Debtor(s). | |

------------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )ss.: |
| COUNTY OF WESTCHESTER | ) |

I, Jessica M. Hill, being sworn, say:

I am not a party to this action, am over 18 years of age and am an employee of Kirby Aisner & Curley, LLP located in Scarsdale, New York.

On April 14, 2020, I served a true and completed copy of the documents requested by the Creditor on March 23, 2020, upon the following parties via (first class mail, facsimile or email) Robyn E. Goldstein & Catherine Galiano of David A. Gallo & Associates, LLP at the following address rgoldstein@msgrb.com and cgaliano@msgrb.com ; including the following documents:

- ☒ Letter of Explanation re: February 2020 Deposits;
- ☒ Letter of Explanation re: B&L Sales, LLC; and
- ☒ Letter of Explanation re: Employment Status of Barry Lipstein as 1099 Employee.

*/s/ Jessica M. Hill*
Jessica M. Hill